EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2010 TSPR  128 |
|---|---|
| José A. Figueroa Vidal | 179 DPR _____ |

Número del Caso: TS-5835

Fecha: 23 de abril de 2010

Colegio de Abogados de Puerto Rico:

Lcdo. Israel Pacheco Acevedo

Materia: La suspensión de la notaría será efectiva una vez advenga final y firme la Sentencia, conforme la Regla 45 del Reglamento del Tribunal Supremo sobre Reconsideración.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Figueroa Vidal                    TS-5835

RESOLUCIÓN

San Juan, Puerto Rico, a 23 de abril de 2010.

Mediante Resolución de 21 de mayo de 2009 le concedimos un término al Lic. José A. Figueroa Vidal para que mostrara causa por la cual no debía ser suspendido del ejercicio de la notaría por tener al descubierto su fianza notarial.

Transcurrido el término concedido, y en vista de que el notario no ha contestado nuestros requerimientos, se le suspende del ejercicio de la notaría por no tener al día su fianza notarial.

Se ordena al Alguacil de este Tribunal que proceda inmediatamente a incautar la obra notarial del abogado.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo